1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division

4  CLAUDIA QUIROZ (CABN 254419)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7428
       FAX: (415) 436-7027
       claudia.quiroz@usdoj.gov

8

9  Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,            )  NO.   CR 14-00600 VC
                                         )
15        Plaintiff,                     )  [PROPOSED] ORDER EXCLUDING TIME
                                         )  PURSUANT TO THE SPEEDY TRIAL ACT
16     v.                                )
                                         )  Date:        January 5, 2015
17  JAMIE LEE THOMPSON,                  )  Time:        2:00 p.m.
                                         )  Court:       Hon. Vince Chhabria
18        Defendant.                     )
                                         )
19                                       )

20

21        The parties appeared before the Honorable Vince Chhabria on January 5, 2015 for a status

22  conference.  Russell J. Clanton appeared as counsel for Defendant Jamie Lee Thompson.  With the

23  agreement of the parties, and with the consent of the defendant, the Court enters this order documenting

24  the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from

25  January 5, 2015 to March 9, 2015.  The parties agreed, and the Court found and held, as follows:

26        1.       The government sought and defendant agreed to the exclusion of time pursuant to the

27  Speedy Trial Act so that defense counsel would have time to further investigate this matter, review

28  discovery, and confer with the defendant, taking into account the exercise of due diligence.

[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 14-00600 VC

1    2.    Given these circumstances, the Court found that the ends of justice served by excluding

2    the period from January 5, 2015 to March 9, 2015 from Speedy Trial Act calculations outweighs the

3    interests of the public and the defendant in a speedy trial by allowing for the defense to prepare

4    effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

5         IT IS HEREBY ORDERED that:

6         With the consent of Defendant Jamie Lee Thompson, the period from January 5, 2015 to March

7    9, 2015 is excluded from the Speedy Trial Act calculations for effective preparation of counsel, pursuant

8    to 18 U.S.C. § § 3161(h)(7)(A) and (B)(iv).

9

10   IT IS SO ORDERED.

11   DATED: _January 6, 2015_____

12                                                    HONORABLE VINCE CHHABRIA
                                                      United States District Judge
13

14   Approved As To Form:

15

16   _____/s/_____             Dated:  January 5, 2015
     RUSSELL J. CLANTON
17   Counsel for Defendant Jamie Lee Thompson

18

19   _____/s/_____             Dated:  January 5, 2015
     CLAUDIA QUIROZ
20   Assistant United States Attorney
     Counsel for United States
21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 14-00600 VC                                    2