1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division

4  CLAUDIA A. QUIROZ (CABN 254419)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7428
7       FAX: (415) 436-7027
        claudia.quiroz@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,           )  NO.  CR 14-00600 VC
                                         )
15 |       Plaintiff,                    )  STIPULATED MOTION AND [PROPOSED]
                                         )  ORDER CONTINUING STATUS CONFERENCE
16 |    v.                               )  AND EXCLUDING TIME PURSUANT TO THE
                                         )  SPEEDY TRIAL ACT
17 | JAMIE LEE THOMPSON,                 )
                                         )  Date:    April 28, 2015
18 |       Defendant.                    )  Time:    1:00 p.m.
                                         )  Court:   Hon. Vince Chhabria
19 |_____)

20

21     The Court has set April 28, 2015, at 1:00 p.m. as the date for a status conference in the above-

22 styled matter.  Due to the unavailability of counsel for the government and the defense on April 28,

23 2015, the parties respectfully request that the Court continue the date of the status conference to June 2,

24 2015.  The parties seek this continuance because (1) defense counsel will be in trial for part of May and

25 will therefore be unavailable until June 2; and (2) defense counsel needs additional time to review

26 discovery, further investigate this matter, and confer with the defendant.

27     In addition, the parties move for an exclusion of time pursuant to the Speedy Trial Act between

28

STIPULATION MOTION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 14-00600 VC

April 28, 2015 and June 2, 2015 for continuity of counsel and so that defense counsel may further investigate this matter, review discovery, and confer with the defendant, taking into account the exercise of due diligence.

SO STIPULATED.

MELINDA HAAG
United States Attorney

DATED: April 16, 2015        ____/s/_____
                             CLAUDIA A. QUIROZ
                             Assistant United States Attorney


DATED: April 16, 2015        ____/s/_____
                             RUSSELL J. CLANTON
                             Counsel for Defendant Jamie Lee Thompson

STIPULATION MOTION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 14-00600 VC                              2

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court continues the Status Conference in this matter from April 28, 2015 to June 2, 2015.

In addition, with the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from April 28, 2015 to June 2, 2015. In light of the circumstances set forth above, the Court finds that the ends of justice served by excluding the period from April 28, 2015 to June 2, 2015 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing the defendant continuity of counsel and by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

The Status Conference in this matter currently scheduled for April 28, 2015 is reset to June 2, 2015.

IT IS FURTHER ORDERED that:

With the consent of Defendant Jamie Lee Thompson, the period from April 28, 2015 to June 2, 2015 is excluded from the Speedy Trial Act calculations for continuity of counsel and for effective preparation of counsel, pursuant to 18 U.S.C. § § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: April 17, 2015

HONORABLE VINCE CHHABRIA
United States District Judge

Attestation of Filer

In addition to myself, the other signatory to this document is Russell J. Clanton. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: April 16, 2015          _____/s/_____
                               CLAUDIA A. QUIROZ
                               Assistant United States Attorney