1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  CLAUDIA A. QUIROZ (CABN 254419)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7428
7       FAX: (415) 436-7027
        claudia.quiroz@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,           ) NO.   CR 14-00600 VC
                                         )
15 |     Plaintiff,                      ) STIPULATED MOTION AND [PROPOSED]
                                         ) ORDER CONTINUING STATUS CONFERENCE
16 |   v.                                ) AND EXCLUDING TIME PURSUANT TO THE
                                         ) SPEEDY TRIAL ACT
17 | JAMIE LEE THOMPSON,                 )
                                         )
18 |     Defendant.                      ) Date:   June 12, 2015
                                         ) Time:   1:00 p.m.
19 |_____) Court:  Hon. Vince Chhabria

20

21      The Court has set June 16, 2015, at 1:00 p.m. as the date for a status conference in the above-

22 styled matter.  The parties respectfully request that the Court continue the date of the status conference

23 to July 7, 2015.  The parties seek this continuance because both parties need to further investigate this

24 matter and because defense counsel needs additional time to review discovery and confer with the

25 defendant.

26      In addition, the parties move for an exclusion of time pursuant to the Speedy Trial Act between

27 June 16, 2015 and July 7, 2015 so that defense counsel may further investigate this matter, review

28
   STIPULATION MOTION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
   AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
   CR 14-00600 VC

1  discovery, and confer with the defendant, taking into account the exercise of due diligence.

2        SO STIPULATED.

3                                      MELINDA HAAG
                                    United States Attorney

5  DATED: June 12, 2015                  ____/s/_____
                                    CLAUDIA A. QUIROZ
6                                      Assistant United States Attorney

8  DATED: June 12, 2015                  ____/s/_____
                                    RUSSELL J. CLANTON
9                                      Counsel for Defendant Jamie Lee Thompson

STIPULATION MOTION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 14-00600 VC                                  2

**[~~PROPOSED~~] ORDER**

For the reasons stated above, the Court continues the Status Conference in this matter from June 16, 2015 to July 7, 2015.

In addition, with the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from June 16, 2015 to July 7, 2015. In light of the circumstances set forth above, the Court finds that the ends of justice served by excluding the period from June 16, 2015 to July 7, 2015 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing the defendant continuity of counsel and by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

The Status Conference in this matter currently scheduled for June 16, 2015 is reset to July 7, 2015.

IT IS FURTHER ORDERED that:

With the consent of Defendant Jamie Lee Thompson, the period from June 16, 2015 to July 7, 2015 is excluded from the Speedy Trial Act calculations for effective preparation of counsel, pursuant to 18 U.S.C. § § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: June 12, 2015

HONORABLE VINCE CHHABRIA
United States District Judge

STIPULATION MOTION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 14-00600 VC                          3

1 | Attestation of Filer

2 | In addition to myself, the other signatory to this document is Russell J. Clanton.  I attest that I
3 | have his permission to enter a conformed signature on his behalf and to file the document.

4 | DATED: June 12, 2015                    _____/s/_____
                                              CLAUDIA A. QUIROZ
5 |                                           Assistant United States Attorney

STIPULATION MOTION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 14-00600 VC                              4