1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  CLAUDIA QUIROZ (CABN 254419)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7200
        Fax: (415) 436-7234
7       claudia.quiroz@usdoj.gov

8  Attorneys for United States of America

**FILED**

JUL 27 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-00600 VC |
| Plaintiff, | |
| v. | GOVERNMENT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| JAMIE LEE THOMPSON, | |
| Defendant. | |

The government hereby moves the Court for an order sealing this Motion, the Superseding Information (including the attached penalty sheet), and the plea agreement in this matter. The government submits that disclosure of the existence of these documents could jeopardize the safety of the defendant.

DATED: July 27, 2015

Respectfully Submitted,

MELINDA HAAG
United States Attorney

CLAUDIA A. QUIROZ
Assistant United States Attorney

## ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that this Motion, the Superseding Information (including the attached penalty sheet), and the plea agreement in this matter shall be sealed until further order of the Court. Notwithstanding this Order, the Clerk of the Court shall provide copies of the sealed documents to the government, including federal agents, and the defendant.

DATED: 7/27/15

HON. VINCE CHHABRIA
United States District Judge