AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
☒ SUPERSEDING

**OFFENSE CHARGED**

Count One: 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography;
Count Two: 18 U.S.C. §§ 2251(a) and (e) – Conspiracy to Produce Visual Depictions of Minors Engaging in Sexually Explicit Conduct

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached penalty sheet.

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ JAIME LEE THOMPSON

DISTRICT COURT NUMBER
CR-14-600-VC

FILED
JUL 27 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Department of Homeland Security

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Claudia A. Quiroz

**DEFENDANT**

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (redacted)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction   } ☒ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year October 9, 2014

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year November 25, 2014

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

United States v. Jamie Lee Thompson
CR-14-600-VC

Penalty Sheet ~ Superseding Information

FILED

JUL 27 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Offenses Charged**

Count One: 18 U.S.C. § 2252(a)(4) – Possession of Child Pornography

Count Two: 18 U.S.C. § 2251(a) and (e) – Conspiracy to Produce Visual Depictions of Minors Engaging in Sexually Explicit Conduct

**Maximum Penalties**

Count One: Maximum prison term of 20 years; maximum $250,000 fine; at least five years, but up to lifetime, supervised release; $100 special assessment. (Class C felony)

Count Two: Mandatory minimum prison term of 15 years and a maximum prison term of 30 years; maximum $250,000 fine; at least five years, but up to lifetime, supervised release; $100 special assessment. (Class B felony)

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3
4
5  
6
7
8                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA,      ) CASE NO. CR 14-00600 VC
                                    )
13 |        Plaintiff,              ) VIOLATIONS:
                                    )
14 |    v.                          ) 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession
                                    ) of Child Pornography; 18 U.S.C. § 2251(a) and (e) –
15 | JAMIE LEE THOMPSON,            ) Conspiracy to Produce Visual Depictions of Minors
                                    ) Engaging in Sexually Explicit Conduct; 18 U.S.C.
16 |        Defendant.              ) § 2253 – Criminal Forfeiture.
                                    )
17                                  )
                                    ) SAN FRANCISCO VENUE
18                                  )
                                    ) ~~UNDER SEAL~~
19 ─────────────────────────────────)

FILED
JUL 27 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

20                        SUPERSEDING INFORMATION

21  The United States Attorney charges:

22  COUNT ONE:     (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

23      Beginning on a date unknown, but continuing through on or about October 9, 2014, in the

24  Northern District of California, the defendant,

25                              JAMIE LEE THOMPSON,

26  did knowingly possess visual depictions that had been mailed, shipped, and transported using any means

27  and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce,

28  and which were produced using materials which had been mailed, shipped, and transported in interstate

1

and foreign commerce, by any means including by computer, (1) the producing of which visual depictions involved the use of one and more minors, including prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct, and (2) which visual depictions were of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

COUNT TWO:     (18 U.S.C. §§ 2251(a) and (e) – Conspiracy to Produce Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

Beginning on a date unknown, but continuing through on or about September 19, 2014, in the Northern District of California, the defendant,

JAMIE LEE THOMPSON,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, known here as Minor 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and conspired with another to do the same, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce; knowing and having reason to know that such visual depiction would be transported in and affecting interstate commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported using any means and facility of interstate and foreign commerce; and the visual depiction was transported in and affecting interstate and foreign commerce. All in violation of Title 18, United States Code, Sections 2251(a) and (e).

FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253(a)(1) and (a)(3) – Criminal Forfeiture)

1.      The allegations contained in Counts One and Two in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2.      Pursuant to Title 18, United States Code, Section 2253, upon conviction of any offense in violation of Title 18, United States Code, Sections 2251 and 2252, the defendant JAMIE LEE THOMPSON, shall forfeit to the United States of America:

   a.      Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter

which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, the following items that were seized from defendant on October 9, 2014:

    i.    Acer Laptop (serial no. LXR4F02276047265) – Seized from the service van under the custody and control of Thompson at the time of his detention.

    ii.    Dell Laptop (serial no. JQZYC21) – Seized from Thompson's place of employment in a work area used by him.

    iii.    Presario Laptop (serial no. CNF8163239) – Seized from the garage of Thompson's residence.

    iv.    HP Tower Computer (serial no. MXF744098C) – Seized from Thompson's residence.

    v.    HP Compaq Laptop (serial no. CVN52515BT) – Seized from Thompson's residence.

    vi.    Black Apple iPhone (serial no. DX6KWPETDP0N) – Seized from Thompson's left front pants pocket at the time of his detention.

    vii.    Samsung Galaxy Cellular Telephone, Model # SCH-i500 (IMEI#: 268435460201620582) – Seized from the service van under the custody and control of Thompson at the time of his detention.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

1  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,
2  United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b)
3  and by Title 28, United States Code, Section 2461(c).

5  DATED:

6  MELINDA HAAG
7  United States Attorney

9  PHILIP A. GUENTERT
   Deputy Chief, Criminal Division

11 (Approved as to form: _____
12         AUSA CLAUDIA QUIROZ

4

United States District Court
Northern District of California

FILED
JUL 27 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

SEALED BY COURT ORDER

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:**
USA v. JAMIE LEE THOMPSON

**Case Number:**
CR 14-00600 VC

**Total Number of Defendants:**
1 ✓      2-7 ☐      8 or more ☐

**Is This Case Under Seal?**
Yes ✓      No ☐

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ☐      No ✓

**Venue (Per Crim. L.R. 18-1):**
SF ✓      OAK ☐      SJ ☐      EUR ☐      MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
Yes ☐      No ✓

**Assigned AUSA (Lead Attorney):**
Claudia Quiroz

**Is this a RICO Act gang case?**
Yes ☐      No ✓

**Date Submitted:**
07/27/2015

**Comments:**

[Save]   [Print]   [Clear Form]

July 2013