UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

~~UNDER SEAL~~ AMENDED CRIMINAL MINUTES

**Date:** July 28, 2015     **Time in Court:** 20 minutes     **Judge:** VINCE CHHABRIA

**Case No.:** 14-cr-00600-VC-1     **Case Name:** UNITED STATES v. Thompson

**Attorney for United States of America:** Claudia Quiroz
**Attorney for Defendant:** Russell Clanton and Randy Daar- retained
**Defendant:** [X] PRESENT [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody [] Not In Custody

| | |
|---|---|
| **Deputy Clerk:** Kristen Melen | **Court Reporter:** Rhonda Aquilina |
| **Interpreter:** N/A | **Probation Officer:** N/A |

## PROCEEDINGS

Change of plea hearing- held.

## RESULT OF HEARING

<u>The Court orders the entire case to be sealed.</u>

Plea agreement executed in open court. Mr. Thompson is sworn and examined by the Court. Defendant is given his rights and waives said rights. Mr. Thompson pleads guilty to all counts in the superseding information. The Court finds the plea knowing and voluntary and the defendant is competent to change his plea. The Court orders a presentence report to be completed by probation.

**CASE CONTINUED TO:** October 13, 2015, at 1:00 P.M., for Sentencing