BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

CLAUDIA A. QUIROZ (CABN 254419)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7027
    claudia.quiroz@usdoj.gov

Attorneys for United States of America

**FILED**

APR 25 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JAMIE LEE THOMPSON, <br>     Defendant. | NO. CR 14-00600 VC <br><br> JOINT APPLICATION AND [~~PROPOSED~~] UNSEALING ORDER |

The United States of America respectfully submits this Joint Application on behalf of the parties to request that the above-captioned matter be unsealed for all purposes. The unsealing of this matter will no longer jeopardize the government's related investigations nor create a risk of destruction of evidence. To the extent the Court issued a sealing order as to particular documents, those documents shall remain under seal until further order of the Court.

SO STIPULATED.

BRIAN J. STRETCH
United States Attorney

DATED: April 18, 2016

CLAUDIA A. QUIROZ
Assistant United States Attorney

DATED: April 18, 2016

___/s/_____
RUSSELL J. CLANTON
Counsel for Defendant Jamie Lee Thompson

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT the above-captioned case is unsealed for all purposes.

IT IS FURTHER ORDERED that to the extent the Court issued a sealing order as to particular documents, those documents shall remain under seal until further order of the Court.

IT IS SO ORDERED.

DATED: 4/19/16

HONORABLE VINCE CHHABRIA
United States District Judge

| | |
|---|---|
| 1 | <u>Attestation of Filer</u> |
| 2 | In addition to myself, the other signatory to this document is Russell J. Clanton. I attest that I |
| 3 | have his permission to enter a conformed signature on his behalf and to file the document. |
| 4 | |
| 5 | DATED: April 18, 2016 |
| | /s/ CLAUDIA A. QUIROZ |
| | Assistant United States Attorney |

JOINT APPLICATION AND [PROPOSED] UNSEALING ORDER
CR 14-00600 VC                                   3