UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** July 26, 2016     **Time in Court:** 2 minutes     **Judge:** VINCE CHHABRIA

**Case No.:** 14-cr-00600-VC-1     **Case Name:** UNITED STATES v. Thompson

**Attorney for United States of America:** Claudia Quiroz
**Attorney for Defendant:** Russell Clanton
**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody   [] Not In Custody

**Deputy Clerk:** Kristen Melen     **Court Reporter:** Kathy Wyatt
**Interpreter:** N/A     **Probation Officer:** Not present

## PROCEEDINGS

Further status conference - hearing held.

## RESULT OF HEARING

Parties are ready to proceed with sentencing. The PSR is in draft form right now, awaiting the parties' edits.

**CASE CONTINUED TO:** September 27, 2016, at 10:30 A.M., for Sentencing